McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $15,000.00 IN U.S. CURRENCY, <br><br> Defendant. | 2:19-MC-00217-MCE-EFB <br><br> STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Ronald Garvin ("claimant"), by and through their respective counsel, as follows:

1.      On or about August 27, 2019, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $15,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on June 6, 2019.

2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

1  parties. That deadline was November 25, 2019.

2  4. By Stipulation and Order filed January 6, 2020, the parties stipulated to extend to
3  February 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture
4  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
5  subject to forfeiture.

6  5. By Stipulation and Order filed February 21, 2020, the parties stipulated to extend to May
7  21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the
8  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
9  forfeiture.

10  6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
11  August 19, 2020, the time in which the United States is required to file a civil complaint for forfeiture
12  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
13  subject to forfeiture.

14  7. Accordingly, the parties agree that the deadline by which the United States shall be
15  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
16  alleging that the defendant currency is subject to forfeiture shall be extended to August 19, 2020.

Dated:  5/15/2020

McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  5/15/2020

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for potential claimant
Ronald Garvin
(Signature authorized by email)

**IT IS SO ORDERED**.

Dated:  May 21, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE