McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00217-MCE-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $15,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Ronald Garvin ("claimant"), by and through their respective counsel, as follows:

1. On or about August 27, 2019, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $15,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on June 6, 2019.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

Stipulation and Order to Extend Time

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

parties.  That deadline was November 25, 2019.

4.      By Stipulation and Order filed January 6, 2020, the parties stipulated to extend to

February 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

5.      By Stipulation and Order filed February 21, 2020, the parties stipulated to extend to May

21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

forfeiture.

6.      By Stipulation and Order filed May 21, 2020, the parties stipulated to extend to August

19, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

forfeiture.

7.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

October 19, 2020, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

///

///

///

///

///

///

///

///

///

2

1    8.    Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3  alleging that the defendant currency is subject to forfeiture shall be extended to October 19, 2020.

4

5  Dated:  8/14/2020                                                McGREGOR W. SCOTT
                                                                      United States Attorney
6
                                                          By:    /s/ Kevin C. Khasigian
7                                                               KEVIN C. KHASIGIAN
                                                                Assistant U.S. Attorney
8

9
   Dated:  8/14/2020                                            /s/ Mark J. Reichel
10                                                              MARK J. REICHEL
                                                                Attorney for potential claimant
11                                                              Ronald Garvin
                                                                (Signature authorized by email)
12

13        IT IS SO ORDERED.

14

15  Dated:  August 17, 2020

16

17                                                              _____
                                                                MORRISON C. ENGLAND, JR
                                                                SENIOR UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

3